# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HERMAN AZEFOR,

    Plaintiff,

vs.

DEPUY ORTHOPAEDICS, INC., *et al.*,

    Defendants.

Case No. 2:15-cv-00192-MMD-GWF

**ORDER**

This matter is before the Court on Douglas A. Dellaccio, Jr., Esq., Richard A. Wright, Esq., and Richard Harris, Esq.'s Motion to Withdraw (ECF No. 43), filed on July 19, 2016. Defendants filed a Response (ECF No. 44), but did not object to Plaintiff's counsel's Motion to Withdraw. The Court conducted a hearing on August 8, 2016. Counsel for Plaintiff requests that the Court allow them to withdraw as counsel of record for Plaintiff Herman Azefor. Upon review and consideration,

**IT IS HEREBY ORDERED** that Douglas A. Dellaccio, Jr., Esq., Richard A. Wright, Esq., and Richard Harris, Esq.'s Motion to Withdraw (ECF No. 43) is **granted**. The Clerk of the Court shall remove Douglas A. Dellaccio, Jr., Esq., Richard A. Wright, Esq., and Richard Harris, Esq. from the CM/ECF service list in this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff to the civil docket:

    **Herman Azefor**
    **5005 Losee Road, Apt. 1041**
    **N. LAS VEGAS, NV 89081**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff Herman Azefor with a copy of this order at his last known addresses listed above.

. . .

**IT IS FURTHER ORDERED** that a status conference is set for **Monday, August 22, 2016 at 9:30 AM** in LV Courtroom 3B before Magistrate Judge George Foley, Jr. Plaintiff Herman Azefor is to be present in person for the status conference set for Monday, August 22, 2016. If Plaintiff retains new counsel prior to the status conference, his new counsel may appear with Plaintiff Azefor at the scheduled status conference.

DATED this 8th day of August, 2016.

                                                                    _____
                                                                    GEORGE FOLEY, JR.
                                                                    United States Magistrate Judge