```
 1  KAEMPFER CROWELL
    Robert McCoy, No. 9121
 2  Joni A. Jamison, No. 11614
    1980 Festival Plaza Drive
 3  Suite 650
    Las Vegas, Nevada  89135
 4  Telephone:  (702) 792-7000
    Facsimile:  (702) 796-7181
 5  Email: rmccoy@kcnvlaw.com
    Email: jjamison@kcnvlaw.com
 6
    BARNES & THORNBURG LLP
 7  William A. Hahn (pro hac vice)
    Thomas F. Shea (pro hac vice)
 8  11 South Meridian Street
    Indianapolis, Indiana  46204
 9  Telephone:  (317) 236-1313
    Facsimile:  (317) 231-7433
10  Email: William.hahn@btlaw.com
    Email: Thomas.shea@btlaw.com
11
    Attorneys for Defendants DePuy
12  Orthopaedics, Inc., DePuy Products,
    Inc., DePuy International Limited,
13  Johnson & Johnson, and Johnson &
    Johnson Services, Inc.
14
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERMAN AZEFOR,<br><br>             Plaintiff,<br><br>   vs.<br><br>DEPUY ORTHOPAEDICS, INC., DEPUY PRODUCTS, INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC.,<br><br>             Defendants. | Case No.  2:15-cv-00192-MMD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1927091_1.docx   17671.2

Page 1 of 2

1  The parties stipulate to dismiss all claims with prejudice, each party to bear its

2  own fees and costs.

3  KAEMPFER CROWELL                           GUINNESS LAW FIRM, PC

4

5  By /s/ Robert McCoy                                By /s/ Guinness Ohazuruike
      Robert McCoy, No. 9121                    Guinness Ohazuruike, No. 11231
      Joni A. Jamison, No. 11614                6845 West Charleston Boulevard
6     1980 Festival Plaza Drive                 Suite A
      Suite 650                                 Las Vegas, Nevada 89117
7     Las Vegas, Nevada  89135

      *Attorneys for Plaintiff Herman Azefor*
8  BARNES & THORNBURG LLP
   William A. Hahn *(pro hac vice)*
9  Thomas F. Shea *(pro hac vice)*
   11 South Meridian Street
10 Indianapolis, Indiana  46204

11 *Attorneys for Defendants*
   *DePuy Orthopaedics, Inc.,*
12 *DePuy Products, Inc.,*
   *DePuy International Limited,*
13 *Johnson & Johnson, and*
   *Johnson & Johnson Services, Inc.*

14
                                   **ORDER**
15
         IT IS SO ORDERED.
16
                                   _____
17                                 UNITED STATES DISTRICT COURT JUDGE

18                                 DATED: February 7, 2017